THE CITY OF New York, Respondent, *v.* CENTRAL PARK,
NORTH AND EAST RIVER RAILROAD COMPANY, Appel-
lant, and ADRIAN H. JOLINE et al., as Receivers of
METROPOLITAN STREET RAILWAY COMPANY et al.,
Respondents.

*City of New York* v. *Central Park, N. & E. R. R. R. Co.*, 149 App.
Div. 944, affirmed.
(Submitted March 20, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 16, 1912, affirming a judgment in favor of

plaintiff against defendant appellant and dismissing the complaint as to defendants respondents, entered upon a decision of the court at a Trial Term without a jury in an action to recover the cost of repaving in and about the railroad tracks of the defendant appellant in certain streets in the city of New York.

*Chase Mellen* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Frank B. Pierce* of counsel), for plaintiff respondent.

*Arthur H. Masten, Ellis W. Leavenworth* and *Matthew C. Fleming,* for defendants respondents.

Judgment affirmed, with costs; no opinion.
Concur; CULLEN, Ch. J., WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: GRAY and MILLER, JJ.